# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 22-16762

**Case Name** | Alejandro Flores, et al., v. Lori Bennett, et al.

**Hearing Location** (*city*) | San Francisco

**Your Name** | Daniel Ortner

List the sitting dates for the three sitting months you were asked to review:

> July, August, and September.

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> Plaintiffs-Appellees' counsel is unavailable July 10–14 due to a scheduled medical procedure and already planned attorney vacation time and paternity leave.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Daniel Ortner    **Date** | April 3, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*